### HOFFMAN v. WILSON.

(Circuit Court of Appeals, Third Circuit. January 16, 1905.)

No. 63.

On Rehearing.

For former opinion, see 130 Fed. 694.

PER CURIAM. Since the reargument this case has again received the attentive consideration of the court, with the result that the judges respectively adhere to their views as heretofore expressed. 130 Fed. 694. Therefore the judgment of reversal stands as heretofore announced, upon the opinion of the majority of the court on file.